IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMAL A. MILLER,

       Appellant,

 v.

                                     Case No.  5D23-296
                                     LT Case No. 16-2016-CF-08450-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed February 21, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Mark Borello, Judge.

Jamal A. Miller, Bristol, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.